UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW THOMAS and DAVID ORTIZ,
individually and on behalf of those
similarly situated,

    Plaintiffs,

v.                                              Case No. 5:11-cv-204-Oc-34TBS

BROADBAND INTERACTIVE, INC.,

    Defendant.
_____

## ORDER

This case is set for a settlement conference with the undersigned commencing at 10:00 a.m. on November 21, 2011. In preparation for the conference it is adjudged that:

1. The parties and their lead counsel are ORDERED TO APPEAR in person for the conference at the United States District Courthouse, 207 NW 2nd Street, Ocala, Florida 34475. Clients and their corporate representatives with full authority to settle this case shall be present for the settlement conference.

2. No later than three days prior to the settlement conference counsel for the parties shall submit their confidential settlement statements to the Court. These statements should include a brief overview of the case, the points of agreement and disagreement, the impediments to settlement, and any settlement offers made to date.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 4, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel