**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MATTHEW THOMAS and DAVID ORTIZ, individually and on behalf of those similarly situated,

   Plaintiffs,

vs.

BROADBAND INTERACTIVE, INC.,

   Defendant.

CASE NO.: 5:11-cv-204-Oc-34-TBS

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Matthew Thomas, David Ortiz, Eric Contessa, Christian Howe, Walter Nasert, Joseph Palmer, Jon Rosebush, Paul Smith, John story, James Tabor, Michael Vera, Wesley Workman and John Young, and Defendant, Broadband Interactive, Inc., through counsel and pursuant to Local Rule 3.08, notify the Court that the parties have resolved Plaintiffs' claim for reasonable attorneys' fees and costs. The Parties request that the Court close this action per its prior order dismissing this action with prejudice (Doc. 81).

Respectfully submitted,

*/s/Sam J. Smith*
SAM J. SMITH
Florida Bar Number 818593
E-mail: ssmith@burrandsmithlaw.com
MARGUERITE M. LONGORIA
E-mail: mlongoria@burrandsmithlaw.com
Florida Bar Number 998915
LOREN B. DONNELL
Florida Bar Number 0013429
E-mail: ldonnell@burrandsmithlaw.com

Respectfully submitted,

*/s/Kevin D. Zwetsch*
WILLIAM E. GROB
Florida Bar Number 0463124
E-mail: william.grob@ogletreedeakins.com
KEVIN D. ZWETSCH
Florida Bar Number 0962260
E-mail: kevin.zwetsch@ogletreedeakins.com
KATHLEEN A. LIEVER
Florida Bar Number 0044495
E-mail: kathleen.liever@ogletreedeakins.com

| | |
|---|---|
| BURR & SMITH, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 442 West Kennedy Boulevard, Suite 300<br>Tampa, Florida  33606<br>Telephone: (813) 253-2010<br>Facsimile:  (813) 254-8391 | 100 North Tampa Street, Suite 3600<br>Tampa, Florida  33602<br>Telephone: (813) 289-1247<br>Facsimile:  (813) 289-6530 |
| AND | ATTORNEYS FOR DEFENDANT |
| HAROLD L. LICHTEN<br>BBO# 549689<br>E-mail: hlichten@llrlaw.com<br>IAN O. RUSSELL<br>BBO#673387<br>E-mail: irussell@llrlaw.com | |
| LICHTEN & LISS-RIORDAN, P.C. | |
| 100 Cambridge Street, 20th Floor<br>Boston, Massachusetts  02114<br>Telephone: (617) 994-5800<br>Facsimile:  (617) 994-5801 | |
| ATTORNEYS FOR PLAINTIFFS | |

11942064.1 (OGLETREE)